IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  vs.                                CIV-S-07-0332 JAM GGH

MONARCH DREDGING, INC., et al.,

    Defendants.           <u>ORDER</u>

        On April 1, 2008, plaintiff filed a motion for default judgment which seeks damages in the amount of $2,481,661.72. A review of the motion and supporting papers indicates that further briefing is required. Although the complaint asserts various causes of action under different statutes, the motion for default judgment does not assert a particular legal basis for the requested damages. Therefore, plaintiff shall file further briefing outlining the statutory basis for the claimed damages, whether the Oil Pollution Act ("OPA") supersedes any other causes of action, and if the asserted basis for damages is the OPA, how the claimed damages comports with the statutory limitations under that Act, including the fact that the vessel at issue is a crane barge, as well as any other potential limitation on damages.

\\\\\

\\\\\

1       Accordingly, IT IS ORDERED that plaintiff shall file the briefing as outlined

2 herein, within twenty days of this order.

3 DATED: 05/23/08

/s/ Gregory G. Hollows

_____

GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

GGH/076
USMonarch332.brf.wpd