GREGORY G. KATSAS
Acting Assistant Attorney General
MCGREGOR W. SCOTT
United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
CHAD KAUFFMAN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Bldg., Box 36028
450 Golden Gate Avenue
San Francisco, California  94102-3463
Telephone: (415) 436-6648, (415) 436-6646
mike.underhill@usdoj.gov; chad.kauffman@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MONARCH DREDGING, INC., JOHN B. ANDERSON, AND JOHN DOES No. I-XX, *in personam*, <br><br> Defendants. | Civil No. 2:07-CV-00332-JAM-GGH <br><br> IN ADMIRALTY <br><br><br><br> ORDER EXTENDING PLAINTIFF'S TIME TO FURTHER BRIEF REQUEST TO ENTER DEFAULT JUDGMENT |

/

/

WHEREFORE, pursuant to the request of counsel for plaintiff, IT IS ORDERED that plaintiff shall file its brief pertaining to entry of Default Judgment on or before July 22, 2008.

Dated:05/30/08         /s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

dredging.eot

Presented by:

GREGORY G. KATSAS
Acting Assistant Attorney General
MCGREGOR W. SCOTT
United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division


_____
CHAD KAUFFMAN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice

Attorneys for Plaintiff
United States of America