PETER D. KEISLER
Assistant Attorney General
MCGREGOR W. SCOTT
United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
CHAD KAUFFMAN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Bldg., Box 36028
450 Golden Gate Avenue
San Francisco, California  94102-3463
Telephone: (415) 436-6646
chad.kauffman@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No. 2:07-CV-00332-JAM-GGH |
| Plaintiff, | IN ADMIRALTY |
| v. | |
| | DEFAULT JUDGMENTS PURSUANT TO FRCP RULE 54 |
| MONARCH DREDGING, INC., JOHN B. ANDERSON, AND JOHN DOES No. I-XX, *in personam*, | |
| Defendants. | |

PETER D. KEISLER
Assistant Attorney General
MCGREGOR W. SCOTT
United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
CHAD KAUFFMAN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Bldg., Box 36028
450 Golden Gate Avenue
San Francisco, California  94102-3463
Telephone: (415) 436-6646
chad.kauffman@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>MONARCH DREDGING, INC., JOHN B. ANDERSON, AND JOHN DOES No. I-XX, *in personam*,<br><br>　　　　　　　　Defendants. | Civil No. 2:07-CV-00332-JAM-GGH<br><br>IN ADMIRALTY<br><br>DEFAULT JUDGMENTS PURSUANT TO FRCP RULE 54 |

On May 30, 2007, plaintiff, the United States of America, applied for default judgment against defendants JOHN B. ANDERSON and MONARCH DREDGING, INC., jointly and severally. Based on the application, the accompanying Declaration of Mimi Moon, the Statement of Amount Due executed by Robert N. Hildebrand, and all other papers on file in this action, it appears that:

1. Defendants JOHN B. ANDERSON and MONARCH DREDGING, INC. have failed to appear in this action by timely pleading, responding to, or otherwise defending against the complaint in this action after being properly served with it. Accordingly, default was entered against JOHN B. ANDERSON and MONARCH DREDGING, INC. pursuant to Rule 55(a) of the Federal Rules of Civil Procedure on May 10, 2007.

2. Defendant JOHN B. ANDERSON is not a minor, an incompetent person, or a current member of the military service.

3. Defendant MONARCH DREDGING, INC. is a corporate entity and is not a natural person.

4. Defendants JOHN B. ANDERSON and MONARCH DREDGING, INC., are indebted, jointly and severally, to the United States of America for a sum certain, which sum being $2,481,661.72, based upon the amount expended by the United States, by and through the United States Coast Guard, National Pollution Funds Center, to remove oil spilled by defendants' vessel the MONARCH when said vessel sank in Shag Slough, a tributary of the Sacramento River in California, and mitigate the substantial threat of further oil spills from the sunken vessel.

THEREFORE,

1. Judgment is entered pursuant to Rule 55(b)(l) of the Federal Rules of Civil Procedure against JOHN B. ANDERSON and MONARCH DREDGING, INC., jointly and severally, in the total amount of $2,481,661.72.

2. Judgment will bear interest at the legal rate from the date of this judgment until paid.

Dated: 12/1/2008                    /s/ John A. Mendez
                                    UNITED STATES DISTRICT JUDGE